**FOLEY & LARDNER LLP**
GEORGE C. BEST, BAR NO. 255555
gbest@foley.com
GINA A. BIBBY, BAR NO. 242657
gbibby@foley.com
975 PAGE MILL ROAD
PALO ALTO, CA 94304-1013
TELEPHONE:  650.856.3700
FACSIMILE:  650.856.3710

**FOLEY & LARDNER LLP**
KENNETH E. KROSIN, *Pro hac vice*
kkrosin@foley.com
LARRY L. SHATZER, *Pro hac vice*
lshatzer@foley.com
3000 K STREET N.W., SUITE 600
WASHINGTON, DC 20007-5109
TELEPHONE:  202.672.5300
FACSIMILE:  202.672.5399

Attorneys for Plaintiff, Powertech Technology Inc.

**IRELL & MANELLA LLP**
MORGAN CHU, BAR NO. 70446
mchu@irell.com
JONATHAN H. STEINBERG, BAR NO. 98044
jsteinberg@irell.com
JOSEPH M. LIPNER, BAR NO, 155735
jlipner@irell.com
KENNETH J. WEATHERWAX, BAR NO. 218612
kweatherwax@irell.com
180 AVENUE OF THE STARS, SUITE 900
LOS ANGELES, CA 90067-4276
TELEPHONE:  310.277.1010
FACSIMILE:  310.203.7199

Attorneys for Defendant, Tessera, Inc.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| POWERTECH TECHNOLOGY, INC.<br><br>        Plaintiff,<br><br>    v.<br><br>TESSERA, INC.<br><br>        Defendant. | Case No:  CV 10-00945 CW<br><br>**STIPULATION AND ORDER TO CHANGE TIME PURSUANT TO CIVIL LOCAL RULE 6-2**<br><br>**[DECLARATION OF GINA A. BIBBY FILED CONCURRENTLY HEREWITH]**<br><br>Date:         May 6, 2010<br>Time:        2:00 p.m.<br>Courtroom:  Courtroom 2, 4th Floor |

1    IT IS HEREBY STIPULATED by and between Plaintiff Powertech Technology, Inc.
2 ("Plaintiff") and Defendant Tessera, Inc. ("Defendant"), by and through their counsel of record
3 as follows:
4    WHEREAS Defendant filed its Motion to Dismiss for Lack of Subject Matter
5 Jurisdiction ("Motion") on April 1, 2010, and Plaintiff was served on April 1, 2010;
6    WHEREAS the hearing on Defendant's Motion is noticed for May 6, 2010 at 2:00 p.m.
7    WHEREAS the current deadline for Plaintiff to file its Opposition to Defendant's Motion
8 is April 15, 2010;
9    WHEREAS the current deadline for Defendant to file its Reply to Plaintiff's Opposition
10 is April 22, 2010;
11    WHEREAS pursuant to stipulation filed March 26, 2010, the deadline for responding to
12 the complaint was extended by one week to April 5, 2010, and there have been no other previous
13 time modifications in the case, whether by stipulation or Court order;
14    WHEREAS because Plaintiff's counsel will be traveling out of this Country the week of
15 April 12, 2010, the week Plaintiff's Opposition is currently due, the Plaintiff and Defendant
16 respectfully request the Court to extend the Plaintiff's time to file its Opposition to the
17 Defendant's Motion to April 22, 2010; extend the Defendant's time to file its Reply to the
18 Plaintiff's Opposition to April 29, 2010; and continue the hearing on Defendant's Motion to
19 May 13, 2010;
20    NOW, THEREFORE, pursuant to Civil Local Rule 6-2, the undersigned parties hereby
21 stipulate and respectfully request the Court order as follows:
22    1.   The hearing on Defendant's Motion to Dismiss for Lack of Subject Matter
23 Jurisdiction shall be continued from May 6, 2010 to May 13, 2010.
24    2.   Plaintiff's Opposition shall be due on April 22, 2010.
25    3.   Defendant's Reply shall be due on April 29, 2010.
26
27
28

SO STIPULATED.

Dated: April 5, 2010                              Foley & Lardner LLP

                                                  By:   */s/ Gina A. Bibby*
                                                         Gina A. Bibby
                                                         Attorneys for Plaintiff
                                                            Powertech Technology, Inc.

Dated: April 5, 2010                              Irell & Manella LLP

                                                  By:   */s/ Kenneth J. Weatherwax*
                                                         Kenneth J. Weatherwax
                                                         Attorneys for Defendant
                                                            Tessera, Inc.

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: April 7, 2010                              _____
                                                  The Honorable Claudia Wilken
                                                  United States District Judge