1

**IRELL & MANELLA LLP**
MORGAN CHU, BAR NO. 70446
mchu@irell.com
JONATHAN H. STEINBERG, BAR NO. 98044
jsteinberg@irell.com
JOSEPH M. LIPNER, BAR NO, 155735
jlipner@irell.com
KENNETH J. WEATHERWAX, BAR NO. 218612
kweatherwax@irell.com
180 AVENUE OF THE STARS, SUITE 900
LOS ANGELES, CA 90067-4276
TELEPHONE:  (310) 277-1010
FACSIMILE:  (310) 203-7199

2

3

4

5

6

7

Attorneys for Defendant, Tessera, Inc.

8

**FOLEY & LARDNER LLP**
GEORGE C. BEST, BAR NO. 255555
gbest@foley.com
GINA A. BIBBY, BAR NO. 242657
gbibby@foley.com
975 PAGE MILL ROAD
PALO ALTO, CA 94304-1013
TELEPHONE:  (650) 856-3700
FACSIMILE:  (650) 856-3710

9

10

11

12

**FOLEY & LARDNER LLP**
KENNETH E. KROSIN, *Pro hac vice* kkrosin@foley.com
LARRY L. SHATZER, *Pro hac vice* lshatzer@foley.com
3000 K STREET N.W., SUITE 600
WASHINGTON, DC 20007-5109
TELEPHONE:  (202) 672-5300
FACSIMILE:  (202) 672-5399

13

14

15

16

**FOLEY & LARDNER LLP**
MICHAEL R. HOUSTON, *Pro hac vice*, mhouston@foley.com
321 NORTH CLARK STREET, SUITE 2800
CHICAGO, IL 60654-5313
TELEPHONE:  (312) 832-4500
FACSIMILE:  (312) 832-4700

17

18

Attorneys for Plaintiff, Powertech Technology, Inc.

19

**UNITED STATES DISTRICT COURT**

20

**NORTHERN DISTRICT OF CALIFORNIA**

21

**OAKLAND DIVISION**

| | |
|---|---|
| 22  POWERTECH TECHNOLOGY, INC. | Case No:  CV 10-00945 CW |
| 23                        Plaintiff, | **JOINT STIPULATION AND ORDER (AS MODIFIED) TO CHANGE TIME PURSUANT TO CIVIL LOCAL RULE 6-2** |
| 24               v. | |
| 25  TESSERA, INC. | **[DECLARATION OF KENNETH WEATHERWAX FILED CONCURRENTLY HEREWITH]** |
| 26                        Defendant. | |
| 27 | Date:      May 13, 2010 |
| 28 | Time:      2:00 p.m. Courtroom:  Courtroom 2, 4th Floor |

**IRELL & MANELLA LLP**
A Registered Limited Liability
Law Partnership Including
Professional  Corporations

JOINT STIPULATION TO CHANGE TIME
(CASE NO. 10-00945 CW)

IT IS HEREBY STIPULATED by and between Plaintiff Powertech Technology, Inc. ("Plaintiff") and Defendant Tessera, Inc. ("Defendant"), by and through their counsel of record as follows:

WHEREAS Defendant filed its Motion to Dismiss for Lack of Subject Matter Jurisdiction ("Motion") on April 1, 2010 (Docket # 14);

WHEREAS Plaintiff filed its Opposition to Defendant's Motion ("Opposition") on April 22, 2010 (Docket # 33);

WHEREAS the hearing on Defendant's Motion is noticed for May 13, 2010 at 2:00 p.m.;

WHEREAS the current deadline for Defendant to file its Reply Brief in Support of Defendant's Motion to Dismiss for Lack of Subject Matter Jurisdiction ("Reply") is April 29, 2010;

WHEREAS pursuant to the parties' joint stipulation filed March 26, 2010 (Docket # 9), the deadline for responding to the complaint was extended by one week to April 5, 2010;

WHEREAS pursuant to a stipulated order entered April 7, 2010 (Docket # 25), the deadline for Plaintiff to file its Opposition to Defendant's Motion was extended by one week to April 22, 2010, Defendant's deadline to file its Reply was accordingly moved one week to April 29, 2010, and the hearing on Defendant's Motion was continued to May 13, 2010;

WHEREAS, the parties submit that it is in the interest of justice that the hearing on this motion not be delayed and, in particular, that it not be delayed later than May 13, 2010, which is the last day in the motion calendar in May that is available for a hearing under the Court's schedule;

WHEREAS much of Defendant's counsel team have been and will be unavailable for most of the time between April 22, the date Plaintiff's Opposition was filed, and April 29, the date Defendant's Reply is currently due; including Mr. Chu, who has been and will be traveling in Europe, and Mr. Lipner, who has been and will be traveling and in depositions through at least April 27 in a case in which the discovery cut-off is April 30, and the remaining members of Defendants' counsel team, who must spend a significant portion of their time during the same

-1-

1   period on numerous other time-critical matters that cannot be rescheduled,

2         WHEREAS, these constraints on the availability of Defendants' counsel would be greatly

3   alleviated by a two business day extension of Defendant's time to file its Reply to Plaintiff's

4   Opposition, from April 29, 2010 to May 3, 2010; and

5         WHEREAS the parties desire for the May 13, 2010 date set for the hearing on

6   Defendant's Motion to remain unchanged;

7         NOW, THEREFORE, pursuant to Civil Local Rule 6-2, the undersigned parties hereby

8   stipulate and respectfully request the Court order as follows:

9         1.    Defendant's Reply Brief in Support of Defendant's Motion to Dismiss for Lack of

10  Subject Matter Jurisdiction, currently due on April 29, 2010, shall be due on May 3, 2010.

-2-

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

1    SO STIPULATED.

2

3    Dated:  April 26, 2010                    Irell & Manella LLP

4

5                                              By:   /s/ Kenneth J. Weatherwax
                                                    Kenneth J. Weatherwax
6                                                   Attorneys for Defendant
                                                      Tessera, Inc.
7

8    Dated:  April 26, 2010                    Foley & Lardner LLP

9                                              By:   /s/ Gina A. Bibby*
                                                    Gina A. Bibby
10                                                  Attorneys for Plaintiff
                                                      Powertech Technology, Inc.
11

12

13                                **ORDER**

14          PURSUANT TO STIPULATION, IT IS SO ORDERED.  **REPLY IS DUE AT 8:30**

15   **A. M. ON MAY 3RD.**

16

17   Dated:  April 29, 2010

18                                              The Honorable Claudia Wilken
                                                United States District Judge
19

20          * I, Kenneth J. Weatherwax, am the ECF user whose ID and password are being used
     to file this Stipulation. In compliance with General Order 45.X.B, I hereby attest that Gina A.
21   Bibby has concurred in this filing.

22

23

24

25

26

27

28                                            -3-