FOLEY & LARDNER LLP
Gina A. Bibby (CA 242657) gbibby@foley.com
975 Page Mill Road
Palo Alto, CA 94304-1013
Telephone: (650) 856-3700
Facsimile:  (650) 856-3710

Attorneys for Plaintiff Powertech Technology Inc.

IRELL & MANELLA LLP
Morgan Chu (CA 70446) mchu@irell.com
Joseph M. Lipner (CA 155735) jlipner@irell.com
Kenneth J. Weatherwax (CA 218612) kweatherwax@irell.com
1800 Avenue of the Stars, Suite 900
Los Angeles, CA  90067-4276
Telephone:   (310) 277-1010
Facsimile:    (310) 203-7199

Attorneys for Defendant Tessera, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| POWERTECH TECHNOLOGY INC.,<br><br>Plaintiff,<br><br>v.<br><br>TESSERA, INC.,<br><br>Defendant. | Case No. C 10-00945 CW<br><br>**CORRECTED JOINT STIPULATION AND [**PROPOSED**] ORDER CHANGING DATE OF UPCOMING CASE MANAGEMENT CONFERENCE AND RELATED DATES** |

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional  Corporations

CORRECTED JOINT STIPULATION AND [PROPOSED]
ORDER CHANGING DATE OF UPCOMING CASE MGT.
CONFERENCE & RELATED DATES (No. 10-00945 CW)
2270336

IT IS HEREBY STIPULATED by and between Plaintiff Powertech Technology, Inc. ("Plaintiff") and Defendant Tessera, Inc. ("Defendant"), by and through their counsel of record as follows:

1.  WHEREAS, this Court issued a Related Case Order on March 22, 2010 in this declaratory judgment action ("the Action") finding that the case known as *Siliconware Precision Industries Co., Ltd. et al. v. Tessera, Inc.*, Case No. C 08-03667 CW ("the *Siliconware* Case"), is related to this Action;

2.  WHEREAS, this Court issued an Order on June 1, 2010 dismissing this Action;

3.  WHEREAS, plaintiff Powertech Technology, Inc. filed a Notice of Appeal on August 6, 2010;

4.  WHEREAS, the U.S. Court of Appeals for the Federal Circuit issued a published decision on September 30, 2011 to reverse and remand;

5.  WHEREAS, pursuant to Federal Rules of Appellate Procedure 35 and 40 and Federal Circuit Rule of Practice 40, the mandate of the Court of Appeals will not issue unless the time permitted to seek rehearing of the final decision of that court expires, or unless that court denies rehearing if it is sought;

6.  WHEREAS, the parties to this Action, by their undersigned counsel, report to the Court that, according to PACER, the Court of Appeals issued an order on October 27, 2011 granting Tessera's unopposed motion to extend time to seek rehearing until November 14, 2011;

7.  WHEREAS, by minute order of October 13, 2011 this Court set a Case Management Conference in this Action for November 8, 2011at 2:00 p.m., together with the related *Siliconware* Case;

8.  WHEREAS, because a final resolution of the appeal of the dismissal of this Action, including appeals, is still pending, and the mandate of the Court of Appeals has not yet issued to this Court, and the parties to this Action believe that it would be most efficient to postpone the case management conference and related activity in this Action until approximately January 3, 2011;

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

CORRECTED JOINT STIPULATION AND [PROPOSED] ORDER CHANGING DATE OF UPCOMING CASE MGT. CONFERENCE & RELATED DATES (No. 10-00945 CW)
2270336
- 1 -

1  9.  WHEREAS, the parties to this Action agree that there would be no prejudice to the parties in moving the case management conference, as the mandate has not yet been returned and will not be returned by the date of the presently scheduled case management conference; and

10.  WHEREAS, both parties concur in the filing of this document;

THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the parties appearing below through their undersigned respective attorneys of record, based on the foregoing, and subject to the approval of this Court, that:

The case management conference currently scheduled for November 8, 2011, at 2:00 p.m. in this Action shall be rescheduled for January 3, 2012, at 2:00 p.m., or as soon thereafter as the Court is available. The case management statement shall be due seven days before the date set for the case management conference.

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.  **The case management conference will be held on Wednesday, January 4, 2012, at 2:00 p.m.**

Dated: **November 1**, 2011

_____
Honorable Claudia Wilken
United States District Judge

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

CORRECTED JOINT STIPULATION AND [PROPOSED]
ORDER CHANGING DATE OF UPCOMING CASE MGT.
CONFERENCE & RELATED DATES (No. 10-00945 CW)
2270336

- 2 -

1

2   SO STIPULATED.

3

4   Dated:  October 28, 2011            By:     /s/ Gina Bibby
                                                Gina Bibby
5                                               gbibby@foley.com
                                                FOLEY & LARDNER LLP
6                                               975 Page Mill Road
                                                Palo Alto, CA 94304-1013
7                                               Telephone: (650) 856-3700
                                                Facsimile: (650) 856-3710
8
                                                Counsel for Plaintiff Powertech
9                                                  Technology, Inc.

10

11  Dated:  October 28, 2011            By:     /s/ Kenneth Weatherwax
                                                Kenneth Weatherwax
12                                              kweatherwax@irell.com
                                                IRELL & MANELLA LLP
13                                              1800 Avenue of the Stars, Suite 900
                                                Los Angeles, California  90067
14                                              Telephone: (310) 203-7946
                                                Facsimile:  (310) 203-7199
15
                                                Counsel for Defendant Tessera, Inc.
16

17

18

19

20

21

22

23

24

25

26

27

28

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional  Corporations

CORRECTED JOINT STIPULATION AND [PROPOSED]
ORDER CHANGING DATE OF UPCOMING CASE MGT.
CONFERENCE & RELATED DATES (No. 10-00945 CW)
2270336

- 3 -