IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

```
POWERTECH TECHNOLOGY INC,                No. 10-00945 CW

        Plaintiff,                       ORDER DENYING
                                         MOTION TO CONTINUE
    v.                                   (Docket No. 93)

TESSERA INC,

        Defendant.
_____/
```

IT IS HEREBY ORDERED that the motion to continue the case management conference filed on December 27, 2011, is denied. The parties need not comply with the meet and confer and case management statement requirements.

Dated: 1/3/2012                    _____
                                   CLAUDIA WILKEN
                                   United States District Judge