IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

POWERTECH TECHNOLOGY INC,

    Plaintiff,

  v.

TESSERA INC,

    Defendant.
_____/

No. 10-00945 CW

ORDER DENYING
MOTION TO CONTINUE
(Docket No. 93)

    IT IS HEREBY ORDERED that the motion to continue the case management conference filed on December 27, 2011, is denied. The parties need not comply with the meet and confer and case management statement requirements.

Dated: 1/3/2012

_____
CLAUDIA WILKEN
United States District Judge