**FOLEY & LARDNER LLP**
GINA A. BIBBY (CA BAR NO. 242657)
GBIBBY@FOLEY.COM
975 PAGE MILL ROAD
PALO ALTO, CA 94304-1013
TELEPHONE: 650.856.3700
FACSIMILE: 650.856.3710

**FOLEY & LARDNER LLP**
GEORGE C. BECK, Admitted *Pro Hac Vice*
GBECK@FOLEY.COM
3000 K STREET N.W., SUITE 600
WASHINGTON, DC 20007-5109
TELEPHONE: 202.672.5300
FACSIMILE: 202.672.5399

**FOLEY & LARDNER LLP**
MATTHEW B. LOWRIE, Admitted *Pro Hac Vice*
MLOWRIE@FOLEY.COM
111 HUNTINGTON AVENUE, SUITE 2600
BOSTON, MA 02199-7610
TELEPHONE: 617.342.4000
FACSIMILE: 617.342.4001

**FOLEY & LARDNER LLP**
MICHAEL R. HOUSTON, Admitted *Pro Hac Vice*
MHOUSTON@FOLEY.COM
321 NORTH CLARK STREET, SUITE 2800
CHICAGO, IL 60654-5313
TELEPHONE: 312.832.4500
FACSIMILE: 312.832.4700

Attorneys for Plaintiff, Powertech Technology Inc.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| POWERTECH TECHNOLOGY INC.<br><br>       Plaintiff,<br><br>   v.<br><br>TESSERA, INC.<br><br>       Defendant. | Case No: 4:10-CV-00945 CW<br><br>**NOTICE OF WITHDRAWAL OF PLAINTIFF POWERTECH TECHNOLOGY INC.'S MOTION FOR PROTECTIVE ORDER [D.I. 104] PURSUANT TO CIVIL LOCAL RULE 7-7(e) AND [~~PROPOSED~~] ORDER**<br><br>Date:   April 12, 2012<br>Time:  2:00 p.m.<br>Place:  Courtroom 2, 4th<br><br>Judge:  Honorable Claudia Wilken<br><br>[ |

Plaintiff Powertech Technology Inc. ("PTI"), hereby notifies the Court that on March 15, 2011 the parties in this action reached an agreement regarding the subject matter of PTI's Motion for Protective Order (D.I. 104), filed March 2, 2012.

Pursuant to Civil Local Rule 7-7(e), PTI, being satisfied with the parties' agreement, hereby withdraws its Motion for Protective Order and respectfully requests that the Motion for Protective Order and the hearing set for April 12, 2012 be taken off-calendar.

Dated:  March 16, 2012              FOLEY & LARDNER LLP


                                    By:   */s/ Gina A. Bibby*
                                          George C. Beck
                                          Matthew B. Lowrie
                                          Gina A. Bibby
                                          Michael R. Houston
                                          Attorneys for Plaintiff
                                            Powertech Technology, Inc.

**ORDER**

The Court approves Plaintiff Powertech Technology Inc.'s ("PTI") Notice of Withdrawal of its Motion for Protective Order (D.I. 104), filed March 2, 2012, and hereby vacates the Motion for Protective Order (D.I. 104) and hearing set for April 12, 2012.

**IT IS SO ORDERED**.

Date: _____March 19_____, 2012            _____
                                                Hon. Claudia Wilken
                                                United States District Court Judge

-1-
[PROPOSED] ORDER
CASE NO. 4:10-CV-00945 CW

4811-3418-9327.1