GOLDBERG, LOWENSTEIN & WEATHERWAX LLP
Kenneth J. Weatherwax (SBN 218612)
weatherwax@glwllp.com
1925 Century Park East, Suite 2120
Los Angeles, California 90067-2722
Telephone: (310) 203-9222
Facsimile: (425) 962-1432

Attorney for Defendant
Tessera, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| POWERTECH TECHNOLOGY INC., | ) | Case No. 10-00945-CW |
| Plaintiff, | ) ) ) | **[PROPOSED] ORDER REGARDING WITHDRAWAL OF KENNETH J. WEATHERWAX AS COUNSEL** |
| v. | ) ) | |
| TESSERA, INC., | ) ) | |
| Defendant | ) ) | |

1     Having considered the request of Defendant Tessera, Inc. ("Tessera") pursuant to Local
2 Rule 11-5 that Kenneth J. Weatherwax be permitted by this Court to withdraw as counsel of
3 record for Tessera in the above captioned matter,

4     IT IS HEREBY ORDERED THAT:

5     (1) Defendant Tessera's request is GRANTED;

6     (2) Kenneth J. Weatherwax is relieved as counsel of record for Tessera, Inc. in the above
7         captioned matter.

9 Dated: _____March 29___, 2012

12                                       The Honorable Claudia Wilken

**GOLDBERG, LOWENSTEIN & WEATHERWAX LLP**

[PROPOSED] ORDER RE WITHDRAWAL
(Case No. 10-00945-CW)

- 1 -