1  GOLDBERG, LOWENSTEIN & WEATHERWAX LLP
   Kenneth J. Weatherwax (SBN 218612)
2  weatherwax@glwllp.com
   1925 Century Park East, Suite 2120
3  Los Angeles, California  90067-2722
   Telephone:   (310) 203-9222
4  Facsimile:    (425) 962-1432

5  Attorney for Defendant
   Tessera, Inc.

 

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| POWERTECH TECHNOLOGY INC., | ) | Case No. 10-00945-CW |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **[PROPOSED] ORDER REGARDING WITHDRAWAL OF KENNETH J. WEATHERWAX AS COUNSEL** |
| TESSERA, INC., | ) | |
| Defendant | ) | |

1  Having considered the request of Defendant Tessera, Inc. ("Tessera") pursuant to Local
2  Rule 11-5 that Kenneth J. Weatherwax be permitted by this Court to withdraw as counsel of
3  record for Tessera in the above captioned matter,
4  IT IS HEREBY ORDERED THAT:
5  (1) Defendant Tessera's request is GRANTED;
6  (2) Kenneth J. Weatherwax is relieved as counsel of record for Tessera, Inc. in the above
7  captioned matter.

9  Dated: _____March 29___, 2012

12  _____
    The Honorable Claudia Wilken