IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| POWERTECH TECHNOLOGY INC., | No. C 10-945 CW |
| Plaintiff, | ORDER REGARDING LICENSING |
| v. | AGREEMENT BETWEEN TESSERA, INC. AND |
| TESSERA, INC., | NON-PARTY NEC |
| Defendant. | |

_____/

At the September 20, 2012 hearing in this case, Defendant Tessera, Inc. represented that it had available the licensing agreement between it and non-party NEC, or draft thereof, at issue in the Rule 56(d) declaration filed by Plaintiff Powertech Technology, Inc. (PTI), Docket No. 176, and could provide it to PTI and the Court.

Within three Court days of the date of this Order, Tessera shall file the agreement in the docket or a motion to file the agreement under seal, which will not be referred to the Special Master.  By that date, Tessera shall also provide a courtesy copy of the document to the Court and, if it has not already done so, to PTI.

IT IS SO ORDERED.

Dated: 10/10/2012

CLAUDIA WILKEN
United States District Judge