1   MICHAEL F. HEAFEY (STATE BAR NO. 153499)
    mheafey@orrick.com
2   JACOB M. HEATH (STATE BAR NO. 238959)
    jheath@orrick.com
3   ORRICK, HERRINGTON & SUTCLIFFE LLP
    1000 Marsh Road
4   Menlo Park, California  94025
    Telephone:      +1-650-614-7400
5   Facsimile:      +1-650-614-7401

6   Attorneys for Plaintiff
    POWERTECH TECHNOLOGY INC.

7

8

9                   UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11

12  POWERTECH TECHNOLOGY INC., a          Case No.  4:10-cv-00945-CW
    Taiwanese corporation
13                                         [PROPOSED] ORDER GRANTING
                    Plaintiff,             NOTICE OF WITHDRAWAL OF
14                                         MICHAEL F. HEAFEY, JACOB M.
            v.                             HEATH AND ORRICK,
15                                         HERRINGTON & SUTCLIFFE LLP
    TESSERA, INC., a Delaware corporation
16
                    Defendant.
17

18

19

20

21

22

23

24

25

26

27

28

1      Having considered the request for withdrawal of Michael F. Heafey, Jacob M. Heath and

2 Orrick, Herrington & Sutcliffe LLP.

3      **IT IS HEREBY ORDERED THAT**

4      Michael F. Heafey, Jacob M. Heath and Orrick, Herrington & Sutcliffe LLP be relieved

5 and granted withdrawal from the above-captioned matters as counsel for Plaintiff and

6 Counterclaim Defendant Powertech Technology Inc., and be removed from receiving electronic

7 notifications of e-filings in connection with this party.

8

9 Dated:  November  2, 2012              _____

10                                 Honorable Claudia Wilken
                                United States District Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28