| | |
|---|---|
| 1 | MICHAEL F. HEAFEY (STATE BAR NO. 153499) |
|   | mheafey@orrick.com |
| 2 | JACOB M. HEATH (STATE BAR NO. 238959) |
|   | jheath@orrick.com |
| 3 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
|   | 1000 Marsh Road |
| 4 | Menlo Park, California  94025 |
|   | Telephone:     +1-650-614-7400 |
| 5 | Facsimile:      +1-650-614-7401 |

Attorneys for Plaintiff
POWERTECH TECHNOLOGY INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| POWERTECH TECHNOLOGY INC., a Taiwanese corporation | Case No.  4:10-cv-00945-CW |
| Plaintiff, | **[PROPOSED] ORDER GRANTING NOTICE OF WITHDRAWAL OF MICHAEL F. HEAFEY, JACOB M. HEATH AND ORRICK, HERRINGTON & SUTCLIFFE LLP** |
| v. | |
| TESSERA, INC., a Delaware corporation | |
| Defendant. | |

Having considered the request for withdrawal of Michael F. Heafey, Jacob M. Heath and Orrick, Herrington & Sutcliffe LLP.

**IT IS HEREBY ORDERED THAT**

Michael F. Heafey, Jacob M. Heath and Orrick, Herrington & Sutcliffe LLP be relieved and granted withdrawal from the above-captioned matters as counsel for Plaintiff and Counterclaim Defendant Powertech Technology Inc., and be removed from receiving electronic notifications of e-filings in connection with this party.

Dated: November 2, 2012

_____
Honorable Claudia Wilken
United States District Judge