1  **FOLEY & LARDNER LLP**
   GINA A. BIBBY, BAR NO. 242657
2  gbibby@foley.com
   975 PAGE MILL ROAD
3  PALO ALTO, CA  94303-1013
   TELEPHONE:  650.856-3700
4  FACSIMILE:    650.856-3710

5  **FOLEY & LARDNER LLP**
   GEORGE C. BECK, *Pro Hac Vice*
6  gbeck@foley.com
   KENNETH E. KROSIN, *Pro Hac Vice*
7  kkrosin@foley.com
   3000 K STREET N.W., SUITE 600
8  WASHINGTON, D.C. 20007-5109
   TELEPHONE:  202.672.5300
9  FACSIMILE:    202.672.5399

10 **FOLEY & LARDNER LLP**
   MATTHEW B. LOWRIE, Admitted *Pro Hac Vice*
11 mlowrie@foley.com
   111 HUNTINGTON AVENUE, SUITE 2600
   BOSTON, MA 02199-7610
12 TELEPHONE:  617.342.4000
   FACSIMILE:  617.342.4001

13 **FOLEY & LARDNER LLP**
14 MICHAEL R. HOUSTON, *Pro Hac Vice*
   mhouston@foley.com
15 321 NORTH CLARK STREET, SUITE 2800
   CHICAGO, IL  60654-5313
16 TELEPHONE:  312.832.4500
   FACSIMILE:    312.832.4700

17 Attorneys for Plaintiff Powertech Technology, Inc.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| POWERTECH TECHNOLOGY, INC.<br><br>    Plaintiff,<br><br>    v.<br><br>TESSERA, INC.<br><br>    Defendant. | Case No. 4:10-cv-00945-CW<br><br>**[PROPOSED**] ORDER GRANTING NOTICE OF WITHDRAWAL OF GEORGE C. BECK, GINA A. BIBBY, MICHAEL R. HOUSTON, KENNETH E. KROSIN AND MATTHEW B. LOWRIE AS COUNSEL FOR POWERTECH TECHNOLOGY, INC. |

Having considered the request for withdrawal of George C. Beck, Gina A. Bibby, Michael R. Houston, Kenneth E. Krosin and Matthew B. Lowrie of Foley & Lardner LLP.

**IT IS HEREBY ORDERED THAT**

George C. Beck, Gina A. Bibby, Michael R. Houston, Kenneth E. Krosin and Matthew B. Lowrie be relieved and granted withdrawal from the above-captioned matter as counsel for Plaintiff Powertech Technology, Inc., and be removed from receiving electronic notification of e-filing in connection with this plaintiff.

DATED: 11/6/2012

*BY* _____
The Honorable Claudia Wilken
United States District Court Judge

-1-

Case No. . 4:10-cv-000945-CW

[~~PROPOSED~~] ORDER GRANTING POWERTECH TECHNOLOGY INC.'S NOTICE OF WITHDRAWAL OF COUNSEL

4831-6077-1601.2