**FOLEY & LARDNER LLP**
GINA A. BIBBY, BAR NO. 242657
gbibby@foley.com
975 PAGE MILL ROAD
PALO ALTO, CA  94303-1013
TELEPHONE:  650.856-3700
FACSIMILE:    650.856-3710

**FOLEY & LARDNER LLP**
GEORGE C. BECK, *Pro Hac Vice*
gbeck@foley.com
KENNETH E. KROSIN, *Pro Hac Vice*
kkrosin@foley.com
3000 K STREET N.W., SUITE 600
WASHINGTON, D.C. 20007-5109
TELEPHONE:  202.672.5300
FACSIMILE:    202.672.5399

**FOLEY & LARDNER LLP**
MATTHEW B. LOWRIE, Admitted *Pro Hac Vice*
mlowrie@foley.com
111 HUNTINGTON AVENUE, SUITE 2600
BOSTON, MA 02199-7610
TELEPHONE:  617.342.4000
FACSIMILE:  617.342.4001

**FOLEY & LARDNER LLP**
MICHAEL R. HOUSTON, *Pro Hac Vice*
mhouston@foley.com
321 NORTH CLARK STREET, SUITE 2800
CHICAGO, IL  60654-5313
TELEPHONE:  312.832.4500
FACSIMILE:    312.832.4700

Attorneys for Plaintiff Powertech Technology, Inc.

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### OAKLAND DIVISION

| | |
|---|---|
| POWERTECH TECHNOLOGY, INC.<br><br>Plaintiff,<br><br>v.<br><br>TESSERA, INC.<br><br>Defendant. | Case No. 4:10-cv-00945-CW<br><br>[~~PROPOSED~~] ORDER GRANTING NOTICE OF WITHDRAWAL OF GEORGE C. BECK, GINA A. BIBBY, MICHAEL R. HOUSTON, KENNETH E. KROSIN AND MATTHEW B. LOWRIE AS COUNSEL FOR POWERTECH TECHNOLOGY, INC. |

Case No. 4:10-cv-000945-CW    [~~PROPOSED~~] ORDER GRANTING POWERTECH TECHNOLOGY INC.'S NOTICE OF WITHDRAWAL OF COUNSEL

1  Having considered the request for withdrawal of George C. Beck, Gina A. Bibby, Michael
2  R. Houston, Kenneth E. Krosin and Matthew B. Lowrie of Foley & Lardner LLP.
3  **IT IS HEREBY ORDERED THAT**
4  George C. Beck, Gina A. Bibby, Michael R. Houston, Kenneth E. Krosin and Matthew B.
5  Lowrie be relieved and granted withdrawal from the above-captioned matter as counsel for
6  Plaintiff Powertech Technology, Inc., and be removed from receiving electronic notification of e-
7  filing in connection with this plaintiff.

DATED: 11/6/2012

*BY* _____
The Honorable Claudia Wilken
United States District Court Judge

-1-

Case No. . 4:10-cv-000945-CW

[~~PROPOSED~~] ORDER GRANTING POWERTECH TECHNOLOGY INC.'S NOTICE OF WITHDRAWAL OF COUNSEL

4831-6077-1601.2