IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| POWERTECH TECHNOLOGY INC,<br><br>    Plaintiff,<br><br>  v.<br><br>TESSERA INC,<br><br>    Defendant.<br>_____/ | No. C 10-0945 CW<br><br>ORDER RE STIPULATION (Docket No. 303 in Case No. C 11-6121 CW) |
| POWERTECH TECHNOLOGY, INC.,<br><br>    Plaintiff,<br><br>  v.<br><br>TESSERA, INC.,<br><br>    Defendant.<br>_____/ | No. C 11-6121 CW |

The Court has reviewed the stipulation and proposed order in the 11-6121 case and notes that it provides less time than before for the Court's expert to prepare his report after the completion of party expert depositions. In addition, his report would be due earlier in the 10-945 case and later in the 05-4063 and 12-692 cases, all of which would appear to be inconvenient to him and to the Court, if not to the parties. Also, the stipulation provides less time for the Court to prepare for a December 5 motions hearing, with briefs coming in at different times in the two cases. The briefing schedule would be close to that for the 05-4063 and 12-692 cases.

The parties shall file a report three days from the date of this order, addressing whether the experts' schedule should be aligned in all four cases, or at least in the 10-945 and 11-6121 cases, and whether the briefing schedule and motion hearing date should likewise be aligned. Before responding, the parties shall inquire of the Court's expert as to his preference.

Dated: 8/21/2013

CLAUDIA WILKEN
United States District Judge

2