G. HOPKINS GUY III (SBN 124811)
hop.guy@bakerbotts.com
GINA A. BIBBY (SBN 242657)
gina.bibby@bakerbotts.com
DANIELLE MIHALKANIN (SBN 271442)
danielle.mihalkanin@bakerbotts.com
BAKER BOTTS L.L.P.
1001 Page Mill Road, Suite 200
Palo Alto, California  94304
Telephone:     +1-650-739-7500
Facsimile:      +1-650-739-7699

DAVID M. GENENDER (*Pro Hac Vice*)
david.genender@bakerbotts.com
BAKER BOTTS L.L.P.
2001 Ross Avenue
Dallas, Texas 75201
Telephone:     +1-214-953-6500
Facsimile:      +1-214-953-6503

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| POWERTECH TECHNOLOGY INC., a Taiwanese corporation<br><br>Plaintiff,<br><br>v.<br><br>TESSERA, INC., a Delaware corporation<br><br>Defendant. | Case No. 4:10-cv-00945-CW<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO WITHDRAW EXHIBITS 22 AND 23 TO THE DECLARATION OF JACOB M. HEATH IN SUPPORT OF POWERTECH TECHNOLOGY INC.'S OPPOSITION TO TESSERA'S MOTION FOR SUMMARY JUDGMENT PURSUANT TO CIVIL LOCAL RULE 7-12** |

1  IT IS HEREBY STIPULATED by and between Plaintiff Powertech Technology Inc.
2  ("PTI") and Defendant Tessera, Inc. ("Tessera"), by and through their counsel of record as
3  follows:

4  WHEREAS PTI filed the Declaration of Jacob M. Heath in Support of Powertech
5  Technology Inc.'s Opposition to Tessera's Motion for Summary Judgment on August 23, 2012,
6  attaching Exhibits 22 and 23 thereto.

7  WHEREAS PTI filed its Administrative Motion to File Under Seal documents cited in its
8  Opposition to Tessera's Motion for Summary Judgment, including Exhibits 22 and 23, on August
9  23, 2012 ( D.I. 164);

10  WHEREAS Special Master Charles A. Legge issued an Order on Motions to Seal on
11  November 21, 2013 (D.I. 245), requesting that PTI "resubmit relevant excerpts of Exhibits 21-23,
12  27 and 28 and any supplemental declaration in support of sealing those excerpts";

13  WHEREAS in its response to Special Master Legge's November 21, 2013 Order on
14  Motions to Seal, (i) PTI explained that Exhibits 22 and 23 were inadvertently attached to its
15  Opposition to Tessera's Motion for Summary Judgment, (ii) PTI withdrew its request to seal
16  Exhibits 22 and 23, and (iii) to prevent an unintended public disclosure of confidential information
17  contained in Exhibits 22 and 23, PTI requested that Special Master Legge postpone any further
18  disposition regarding the sealing of Exhibits 22 and 23 until this Court considered an
19  administrative motion to withdraw Exhibits 22 and 23 (Powertech Technology Inc.'s Response to
20  Order on Motions to Seal (D.I. 247), filed December 5, 2013);

21  WHEREAS neither PTI nor Tessera cite Exhibits 22 and 23 in their summary judgment
22  briefs;

23  WHEREAS, for reasons stated above, PTI requests that Exhibits 22 and 23 be withdrawn;

24  NOW, THEREFORE, pursuant to Civil Local Rules 7-11 and 7-12, the undersigned parties
25  hereby stipulate and respectfully request the Court order as follows:

26  1.  Exhibits 22 and 23 are withdrawn from the Declaration of Jacob M. Heath in
27  Support of Power Technology Inc.'s Opposition to Tessera's Motion for Summary Judgment, filed
28  August 23, 2012.

SO STIPULATED.

Dated: January 14, 2014   Baker Botts LLP

By:       */s/ Gina A. Bibby*\*
      Gina A. Bibby
      Attorneys for Powertech Technology Inc.

Dated: January 14, 2014   Irell & Manella LLP

By:       */s/ Laura Seigle*
      Laura Seigle
      Attorneys for Tessera, Inc.

\*I, Gina A. Bibby, hereby attest that Laura Seigle has concurred in the filing of this stipulation.

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____, 2014   _____
      The Honorable Claudia Wilken
      United States Chief District Judge