G. HOPKINS GUY III (SBN 124811)
hop.guy@bakerbotts.com
GINA A. BIBBY (SBN 242657)
gina.bibby@bakerbotts.com
DANIELLE MIHALKANIN (SBN 271442)
danielle.mihalkanin@bakerbotts.com
BAKER BOTTS L.L.P.
1001 Page Mill Road, Suite 200
Palo Alto, California 94304
Telephone: +1-650-739-7500
Facsimile: +1-650-739-7699

DAVID M. GENENDER (*Pro Hac Vice*)
david.genender@bakerbotts.com
BAKER BOTTS L.L.P.
2001 Ross Avenue
Dallas, Texas 75201
Telephone: +1-214-953-6500
Facsimile: +1-214-953-6503

Attorneys for Plaintiff and Counterclaim Defendant
POWERTECH TECHNOLOGY INC. and Additional Defendant
on Counterclaims MACROTECH TECHNOLOGY INC.

LAURA A. SEIGLE (SBN 171358)
lseigle@irell.com
IRELL & MANELLA L.L.P.
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067-4276
Telephone: +1-310-277-1010
Facsimile: +1-310-203-7199

Attorneys for Defendant and Counterclaimant TESSERA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| POWERTECH TECHNOLOGY INC., a Taiwanese corporation<br><br>Plaintiff,<br><br>v.<br><br>TESSERA, INC., a Delaware corporation | Case No. 4:10-cv-00945-CW<br>Case No. 4:11-cv-06121-CW<br><br>**STIPULATED REQUEST FOR ORDER CHANGING TIME PURSUANT TO CIVIL LOCAL RULE 6-2** |

|   |   |
|---|---|
| 1 | Defendant. |
| 2 |   |
| 3 | TESSERA, INC., a Delaware corporation, |
| 4 | Counterclaimant, |
| 5 | v. |
| 6 | POWERTECH TECHNOLOGY INC., a Taiwanese corporation |
| 7 |   |
| 8 | Counterclaim Defendant, |
|   | MACROTECH TECHNOLOGY INC., a |
| 9 | Taiwanese corporation |
| 10 | Additional Defendant on Counterclaims. |

IT IS HEREBY STIPULATED by and between Plaintiff and Counterclaim Defendant Powertech Technology Inc. ("PTI"), Additional Defendant on Counterclaims Macrotech Technology Inc. ("MTI"), and Defendant Tessera, Inc. ("Tessera") (collectively "Parties"), by and through their counsel of record as follows:

WHEREAS Chief Judge Claudia Wilken referred the above-captioned cases to Magistrate Judge Paul Singh Grewal for Settlement on January 15, 2014;

WHEREAS Magistrate Judge Paul Singh Grewal issued a Clerk's Notice Setting Settlement Conference on January 17, 2014 (D.I. 452), setting a settlement conference for January 27, 2014 at 11:00 AM Pacific;

WHEREAS the January 17, 2014 Clerk's Notice Setting Settlement Conference directed the Parties to lodge settlement conference statements in accordance with the procedure set forth in Magistrate Judge Paul Grewal's Settlement Conference Procedures;

WHEREAS Magistrate Judge Paul Grewal's Settlement Conference Procedures provide that settlement conference statements be lodged "five court days before the settlement conference";

WHEREAS the current deadline for lodging the Parties' settlement conference statements is Tuesday, January 21, 2014;

WHEREAS the Parties are in the process of exchanging updated accounting information and believe that this information will aid settlement;

WHEREAS the Parties require an extension of time from Tuesday, January 21, 2014 to Thursday, January 23, 2014 at 5:00 PM Pacific to lodge their settlement conference statements;

WHEREAS there have been no previous time modifications before this Court;

WHEREAS, for reasons stated above, the Parties request a 5:00 PM Pacific, Thursday, January 23, 2014 deadline for lodging their settlement conference statements;

NOW, THEREFORE, pursuant to Civil Local Rule 6-2, the undersigned parties hereby stipulate and respectfully request the Court order as follows:

1. The Parties' Settlement Conference Statements shall be lodged by 5:00 PM Pacific on Thursday, January 23, 2014.

SO STIPULATED.

Dated: January 21, 2014                    Baker Botts LLP

                                           By:      /s/ G. Hopkins Guy III*
                                                G. Hopkins Guy III
                                                Attorneys for Powertech Technology Inc. and
                                                Macrotech Technology Inc.

Dated: January 21, 2014                    Irell & Manella LLP

                                           By:      /s/ Laura Seigle
                                                Laura Seigle
                                                Attorneys for Tessera, Inc.

*I, G. Hopkins Guy III, hereby attest that Laura Seigle has concurred in the filing of this stipulation.

1 **ORDER**

2    PURSUANT TO STIPULATION, IT IS SO ORDERED.

3

4 Dated:  January 21, 2014

   _____
   The Honorable Paul Grewal
5  United States Magistrate Judge