IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| POWERTECH TECHNOLOGY INC., <br><br> Plaintiff, <br><br> v. <br><br> TESSERA, INC., <br><br> Defendant. <br> _____/ <br> AND ALL RELATED COUNTERCLAIMS <br> _____/ | No. C 10-0945 CW <br>     C 11-6121 CW <br><br> ORDER DIRECTING PARTIES TO FILE A STIPULATED ORDER OF DISMISSAL OR STATUS REPORT |

On February 13, 2014, at a settlement conference before Magistrate Judge Paul Grewal, the parties in these related cases reached agreement on the terms of a settlement of all of the claims between them. While negotiating the final form of the written settlement agreement, the parties discovered a disagreement with respect to the tax withholding responsibilities of the parties created as a result of the settlement. On June 5, 2014, after attempts to settle the dispute regarding the tax issue failed, Magistrate Judge Grewal issued an order resolving the parties' dispute.[1]

---

[1] Magistrate Judge Grewal acted pursuant to the term sheet, which provides, "To the extent disagreements arise during [the process of reducing the term sheet to a final writing], those disagreements will be resolved by Judge Paul Grewal; this resolution shall be final and non-appealable." Case No. 11-6121; Docket No. 501-4 at 4.

1  By September 12, 2014, the parties shall file a stipulated
2  dismissal of their claims or a report providing an update on the
3  status of the settlement.
4  IT IS SO ORDERED.

Dated: 9/5/2014

CLAUDIA WILKEN
United States District Judge