1  BAKER BOTTS L.L.P.
   G. Hopkins Guy III (124811)
2  hop.guy@bakerbotts.com
   1001 Page Mill Road, Suite 200
3  Palo Alto, California  94304
   Telephone:  (650) 739-7500
4  Facsimile:  (650) 739-7699

5  BAKER BOTTS L.L.P.
   David M. Genender (*Pro Hac Vice*)
6  david.genender@bakerbotts.com
   2001 Ross Avenue
7  Dallas, Texas 75201
   Telephone:  (214) 953-6500
8  Facsimile:  (214) 953-6503

9  Attorneys for Plaintiff and Counterclaim Defendant
   Powertech Technology Inc. and Additional
10 Defendant on Counterclaims Macrotech Technology Inc.

11 IRELL & MANELLA LLP
   Morgan Chu (70446) (mchu@irell.com)
12 Laura A. Seigle (171358) (lseigle@irell.com)
   1800 Avenue of the Stars, Suite 900
13 Los Angeles, California 90067-4276
   Telephone:  (310) 277-1010
14 Facsimile:  (310) 203-7199

15
   Attorneys for Defendant and
16 Counterclaimant Tessera, Inc.

17              **UNITED STATES DISTRICT COURT**

18              **NORTHERN DISTRICT OF CALIFORNIA**

19                      **OAKLAND DIVISION**

| | | |
|---|---|---|
| 20 | POWERTECH TECHNOLOGY INC., a Taiwanese corporation, | ) Case No. 4:10-cv-00945-CW<br>) Case No. 4:11-cv-06121-CW |
| 21 | | ) |
| 22 | Plaintiff, | ) **STIPULATED CONDITIONAL**<br>) **[PROPOSED] ORDER OF DISMISSAL**<br>) **WITH PREJUDICE** |
| 23 | vs. | ) |
| 24 | TESSERA, INC., a Delaware corporation, | ) |
| 25 | Defendant. | ) Judge:  Hon. Claudia A. Wilken |
| 26 | TESSERA, INC., a Delaware corporation, | ) |
| 27 | Counterclaimant, | ) |
| 28 | | ) |

|   |   |
|---|---|
| vs. | ) |
| POWERTECH TECHNOLOGY INC., a Taiwanese corporation, | ) ) ) |
| Counterclaim Defendant, | ) ) |
| MACROTECH TECHNOLOGY INC., a Taiwanese corporation, | ) ) ) |
| Additional Defendant on Counterclaims | ) ) ) |

The Court having been advised that the parties have agreed to a settlement of this cause,

IT IS HEREBY ORDERED that this cause be dismissed with prejudice; provided, however, that if any party hereto shall certify to this Court on or before March 31, 2015, with proof of service of a copy thereon on opposing counsel, that the agreed consideration for said settlement due and payable as of that date has not been delivered over, the foregoing Order shall stand vacated and this cause shall forthwith be restored to the calendar to be set for trial.

IT IS SO ORDERED.

DATED: September 19, 2014

Respectfully submitted,

BAKER BOTTS L.L.P.

By: _/s/ G. Hopkins Guy III_
G. Hopkins Guy III

Attorney for PTI and MTI

DATED: September 19, 2014

Respectfully submitted,

IRELL & MANELLA LLP

By: _/s/ Laura Seigle_
Laura Seigle

Attorney for Tessera, Inc.

DATED:

CLAUDIA WILKEN
United States District Judge