BAKER BOTTS L.L.P.
G. Hopkins Guy III (124811)
hop.guy@bakerbotts.com
1001 Page Mill Road, Suite 200
Palo Alto, California 94304
Telephone: (650) 739-7500
Facsimile: (650) 739-7699

BAKER BOTTS L.L.P.
David M. Genender (*Pro Hac Vice*)
david.genender@bakerbotts.com
2001 Ross Avenue
Dallas, Texas 75201
Telephone: (214) 953-6500
Facsimile: (214) 953-6503

Attorneys for Plaintiff and Counterclaim Defendant
Powertech Technology Inc. and Additional
Defendant on Counterclaims Macrotech Technology Inc.

IRELL & MANELLA LLP
Morgan Chu (70446) (mchu@irell.com)
Laura A. Seigle (171358) (lseigle@irell.com)
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067-4276
Telephone: (310) 277-1010
Facsimile: (310) 203-7199

Attorneys for Defendant and
Counterclaimant Tessera, Inc.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| POWERTECH TECHNOLOGY INC., a Taiwanese corporation,<br><br>Plaintiff,<br><br>vs.<br><br>TESSERA, INC., a Delaware corporation,<br><br>Defendant.<br><br>TESSERA, INC., a Delaware corporation,<br><br>Counterclaimant, | Case No. 4:10-cv-00945-CW<br>Case No. 4:11-cv-06121-CW<br><br>**STIPULATED CONDITIONAL [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE**<br><br>Judge: Hon. Claudia A. Wilken |

| | | |
|---|---|---|
| 1 | vs. | ) |
| 2 | POWERTECH TECHNOLOGY INC., a Taiwanese corporation, | ) ) ) |
| 3 | | ) |
| 4 | Counterclaim Defendant, | ) ) |
| 5 | MACROTECH TECHNOLOGY INC., a Taiwanese corporation, | ) ) ) |
| 6 | | ) |
| 7 | Additional Defendant on Counterclaims | ) ) |

The Court having been advised that the parties have agreed to a settlement of this cause,

IT IS HEREBY ORDERED that this cause be dismissed with prejudice; provided, however, that if any party hereto shall certify to this Court on or before March 31, 2015, with proof of service of a copy thereon on opposing counsel, that the agreed consideration for said settlement due and payable as of that date has not been delivered over, the foregoing Order shall stand vacated and this cause shall forthwith be restored to the calendar to be set for trial.

IT IS SO ORDERED.

DATED: September 19, 2014

Respectfully submitted,

BAKER BOTTS L.L.P.

By: __/s/ G. Hopkins Guy III__
G. Hopkins Guy III

Attorney for PTI and MTI

DATED: September 19, 2014

Respectfully submitted,

IRELL & MANELLA LLP

By: __/s/ Laura Seigle__
Laura Seigle

Attorney for Tessera, Inc.

DATED: 9/24/2014

CLAUDIA WILKEN
United States District Judge