| | |
|---|---|
| 1 | BAKER BOTTS L.L.P. |
| | G. Hopkins Guy III (124811) |
| 2 | hop.guy@bakerbotts.com |
| | 1001 Page Mill Road, Suite 200 |
| 3 | Palo Alto, California 94304 |
| | Telephone: (650) 739-7500 |
| 4 | Facsimile: (650) 739-7699 |
| 5 | BAKER BOTTS L.L.P. |
| | David M. Genender (*Pro Hac Vice*) |
| 6 | david.genender@bakerbotts.com |
| | 2001 Ross Avenue |
| 7 | Dallas, Texas 75201 |
| | Telephone: (214) 953-6500 |
| 8 | Facsimile: (214) 953-6503 |
| 9 | Attorneys for Plaintiff and Counterclaim Defendant |
| | Powertech Technology Inc. and Additional |
| 10 | Defendant on Counterclaims Macrotech Technology Inc. |
| 11 | IRELL & MANELLA LLP |
| | Morgan Chu (70446) (mchu@irell.com) |
| 12 | Laura A. Seigle (171358) (lseigle@irell.com) |
| | 1800 Avenue of the Stars, Suite 900 |
| 13 | Los Angeles, California 90067-4276 |
| | Telephone: (310) 277-1010 |
| 14 | Facsimile: (310) 203-7199 |
| 15 | |
| 16 | Attorneys for Defendant and Counterclaimant Tessera, Inc. |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| POWERTECH TECHNOLOGY INC., a Taiwanese corporation, | Case No. 4:10-cv-00945-CW |
| | Case No. 4:11-cv-06121-CW |
| Plaintiff, | |
| | **STIPULATED CONDITIONAL [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE** |
| vs. | |
| TESSERA, INC., a Delaware corporation, | |
| Defendant. | Judge: Hon. Claudia A. Wilken |
| TESSERA, INC., a Delaware corporation, | |
| Counterclaimant, | |

- 1 -

| | |
|---|---|
| vs. | ) |
| POWERTECH TECHNOLOGY INC., a Taiwanese corporation, | ) ) ) |
| Counterclaim Defendant, | ) ) |
| MACROTECH TECHNOLOGY INC., a Taiwanese corporation, | ) ) ) |
| Additional Defendant on Counterclaims | ) ) ) |

The Court having been advised that the parties have agreed to a settlement of this cause,

IT IS HEREBY ORDERED that this cause be dismissed with prejudice; provided, however, that if any party hereto shall certify to this Court on or before March 31, 2015, with proof of service of a copy thereon on opposing counsel, that the agreed consideration for said settlement due and payable as of that date has not been delivered over, the foregoing Order shall stand vacated and this cause shall forthwith be restored to the calendar to be set for trial.

IT IS SO ORDERED.

DATED: September 19, 2014

Respectfully submitted,

BAKER BOTTS L.L.P.

By: */s/ G. Hopkins Guy III*
G. Hopkins Guy III

Attorney for PTI and MTI

DATED: September 19, 2014

Respectfully submitted,

IRELL & MANELLA LLP

By: */s/ Laura Seigle*
Laura Seigle

Attorney for Tessera, Inc.

DATED: 9/24/2014

CLAUDIA WILKEN
United States District Judge